1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   HANLEY CHEW (CSBN 189985)
5  Assistant United States Attorney

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5061
      E-mail: hanley.chew@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA, | ) | No. CR 08-00709 JW |
   |                           | ) |                    |
14 | Plaintiff,                | ) | STIPULATION TO CONTINUE |
   |                           | ) | DEFENDANT'S INITIAL APPEARANCE |
15 | v.                        | ) | AND ARRAIGNMENT FROM |
   |                           | ) | DECEMBER 4, 2008 TO DECEMBER 18, 2008 |
16 | ROBERT SCOTT WEST,        | ) |                    |
   |                           | ) |                    |
17 | Defendant.                | ) |                    |

18    The parties, including the defendant, stipulate as follows:

19 1.  On October 10, 2008, a one-count information charging defendant with possession of
20 stolen trade secrets, in violation of 18 U.S.C. § 1832(a)(3), was filed. A summons was issued
21 directing defendant to appear on December 4, 2008 at 9:30 a.m. for his initial appearance and
22 arraignment before this Court.

23 2.  Government counsel will be unavailable on December 4, 2008 due to an unforseen
24 medical assessment and examination of a family member. Defense counsel is unavailable on
25 December 11, 2008 due to a required appearance in state court.

26
27
28

STIPULATION AND [PROPOSED] ORDER
U.S. v. WEST, No. CR 08-00709 JW

FILED
NOV - 5 2008
CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

Therefore, the parties respectfully request that the Court continue defendant's initial appearance and arraignment from December 4, 2008 to December 18, 2008, at 9:30 a.m.

IT IS SO STIPULATED.

                                                  JOSEPH P. RUSSONIELLO
United States Attorney

Dated: November 4, 2008               /s/ Hanley Chew
HANLEY CHEW
Assistant United States Attorney

Dated: November 4, 2008               /s/ Paul Meltzer
PAUL MELTZER
Attorney for defendant
Robert Scott West

## [~~PROPOSED~~] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Robert Scott West's initial appearance and arraignment be continued from December 4, 2008 to December 18, 2008.

IT IS SO ORDERED.

DATED: 11/5/08

                                             THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
U.S. v. WEST, No. CR 08-00709 JW