JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   E-mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

FILED
JAN 15 2009
CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT SCOTT WEST,<br><br>    Defendant. | No. CR 08-00709 JW<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 15, 2009 THROUGH MARCH 9, 2009 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |

    On January 15, 2009, defendant Robert Scott West made his initial appearance before Magistrate Judge Patricia V. Trumbull. Paul Meltzer, Esq., appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government. Magistrate Judge Trumbull ordered the parties to appear before United States District Court Judge James Ware on March 9, 2009 at 1:30 p.m. for trial setting in this matter.

    The parties request that the Court enter this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 15, 2009 through March 9, 2009. The parties, including the defendant, stipulate as follows:

1.     The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 15, 2009 through March 9, 2009, based

STIPULATION AND [PROPOSED] ORDER
U.S. v. WEST, No. CR 08-00709 JW

upon the need for the defense counsel to investigate further the facts of the present case. The government has already provided discovery and defense counsel needs additional time to review the discovery, evaluate further possible defenses and motions available to the defendant.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from January 15, 2009 through March 9, 2009.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from January 15, 2009 through March 9, 2009, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 15, 2009

HANLEY CHEW
Assistant United States Attorney

Dated: January 15, 2009

PAUL MELTZER
Attorney for defendant
Robert Scott West

[PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 15, 2009 through March 9, 2009 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the

STIPULATION AND [PROPOSED] ORDER
U.S. v. WEST, No. CR 08-00709 JW

government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from January 15, 2009 through March 9, 2009.

Accordingly, the Court further orders that the time from January 15, 2009 through March 9, 2009 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161 and that the parties appear before Judge James Ware on March 9, 2009 at 1:30 p.m.

IT IS SO ORDERED.

DATED: 1/15/09

THE HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
U.S. v. WEST, No. CR 08-00709 JW