JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163873)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5060
   Facsimile:   (408) 535-5066
   E-mail:      Hanley.Chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          Plaintiff,  )<br>   v.  )<br>ROBERT SCOTT WEST,  )<br>          Defendant.  )<br>_____ ) | No. CR 08-00709 JW<br><br>GOVERNMENT'S SENTENCING MEMORANDUM<br><br>Sentencing Date: June 15, 2009<br>Sentencing Time: 1:30 p.m.<br>Before: The Honorable James Ware |

       On or about October 9, 2008, an information was filed against defendant Robert Scott West ("defendant"), charging him with one count of possession of stolen trade secrets, in violation of 18 U.S.C. § 1832(a)(3). On or about March 9, 2009, defendant pled guilty to the one count information.

       On or about May 29, 2009, the Probation Office issued its final Pre-Sentence Report ("PSR") in this matter. The PSR calculated that defendant's base offense level was 6 (pursuant to U.S.S.C. § 2B1.1(a)(2)) and that a 8-enhancement for the amount of loss (pursuant to U.S.S.G. § 2B1.1(b)(1)(E)) which is greater than $70,000 but less than $120,000 (PSR ¶¶ 22-23), was

GOVT. SENT. MEMO.
U.S. v. WEST, No. CR 08-00709 JW

applicable.  With the 2-level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(B), defendant's final adjusted offense level is 12 (PSR ¶¶ 27-31).  The Probation Office further determined that defendant has no criminal history points and is in Criminal History Category I (PSR ¶ 35).  Based on the defendant's criminal history, the Probation Office calculated defendant's applicable sentencing guideline range to be 10 to 16 months (PSR ¶ 59).

The government believes that there are additional factors in this case that would warrant a variance from defendant's sentencing guideline range.  On or about March 3, 2009, defendant met with the victim company, Phillips Lumileds Lighting Company and government to review his offense conduct and compile a comprehensive list of all the possible locations for the copies of the trade secret and other proprietary information that he had previously had in his possession, control and custody.  In addition, defendant has paid full restitution to the victim company.  Based on defendant's extraordinary acceptance, the government respectfully requests that the Court grant him a two-month variance, find that his sentencing guideline range is 8 to 14 months and sentence him to the low end of that range - 8 months.  The government also respectfully requests that, for that for the 8-month sentence, the Court sentence defendant to a split sentence - 4 months imprisonment and 4 months home detention.

On May 29, 2009, the Probation Office also filed its final sentencing recommendation, which recommended a sentence of 10 months home detention.   Probation Office Sentencing Recommendation, p. 1. The government has no objections to the factual findings and sentencing guideline calculations of the PSR.  However, the government disagrees with the Probation Office's final sentencing recommendation.  The government believes that, given the serious nature of the offense, a sentence of four months imprisonment and four months home detention is appropriate and respectfully requests that the Court sentence defendant to such a term.

Dated: May 29, 2009                                                    JOSEPH P. RUSSONIELLO
                                                                                           United States Attorney


                                                                                           /s/ Hanley Chew
                                                                                           HANLEY CHEW
                                                                                           Assistant United States Attorney

GOVT. SENT. MEMO.
U.S. v. WEST, No. CR 08-00709 JW                             2